## HARRIS v. STATE (2).

Opinion delivered January 26, 1895.

*Estoppel—Recitals of bail bond.*

The sureties upon a bail bond are bound by recitals therein show-
ing that the examining court had jurisdiction of the subject-
matter of the offense charged and of the person of the accused.

Appeal from Independence Circuit Court.

JAMES W. BUTLER, Judge.

*Yancey & Fulkerson* and *J. M. Moore* for appellants.

*James P. Clarke*, Attorney General, and *Chas. T. Coleman* for appellee.

WOOD, J. The facts in this case are similar to
*Harris* v. *State* (1), *ante*, p. 209, except that in this case
the defendant, instead of waiving an examination and
asking for bail before the mayor, filed an affidavit for a
change of venue to a justice of the peace, and the mayor
granted the change. Before the justice the defendant
waived examination, and the justice fixed his bond in the
sum of five hundred dollars for his appearance before the
circuit court. This was forfeited, and judgment ren-
dered against the bail, from which they appeal.

The jurisdiction of a justice of the peace to hear and
examine in felony cases is co-extensive with the county.
Sec. 1985, Sand. & H. Dig. The presence of the defend-
ant before the justice, charged with a felony committed
in the county, gave him jurisdiction of the person and
subject-matter. See authorities cited in *Harris* v. *State*
(1), *supra*.

But in this case the bond itself, which is the basis of
the action (sec. 2034, Sand. & H. Dig.; *Thomm* v. *State*,
35 Ark. 327; *Roberts* v. *Com.* 7 Bush, 430; *Com.* v.
*Fisher*, 2 DuVall, 376), recites every jurisdictional fact,

to-wit, that the defendant was before the justice, charged with a felony alleged to have been committed in Independence county. The appellants could not deny these solemn recitals. *Hortsell* v. *State*, 45 Ark. 59; *Norton* v. *Miller*, 25 *id*. 108, and other cases cited in brief of the Attorney General.*

Judgment affirmed.

3. Want of jurisdiction is not waived by appearance. 9 Wend. 465; 1 Johns. Cases, 377; 2 *id*. 443.

---

* See abstract of brief of Attorney General in *Harris* v. *State* (1), *ante*, p. 210.